**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00428-CR

_____

**MANUEL TONY ALCAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case No. 1560099**

---

## MEMORANDUM OPINION

After a jury trial, appellant was convicted on June 6, 2024 of the second-degree felony offense of indecency with a child by sexual contact. Appellant was sentenced to five years' imprisonment in the Correctional Institutions Division of

the Texas Department of Criminal Justice.  Notice of appeal was filed on June 6, 2024.

On August 20, 2024, appellant's counsel, Thomas A. Martin filed a notice of abandonment, but attached to counsel's notice is a signed letter from appellant, stating that he no longer wants counsel's services and "would like to stop the appeals process."  We interpret this notice, together with appellant's letter, as a request to dismiss the appeal because appellant no longer wishes to proceed with the appeal. *See* TEX. R. APP. P. 42.2(a).

We grant the request and dismiss the appeal.  *See id.*  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.
Do not publish.  TEX. R. APP. P. 47.2(b).